UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LOCALS 302 AND 612 OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS CONSTRUCTION INDUSTRY HEALTH & SECURITY FUND,<br><br>Plaintiff,<br><br>v.<br><br>SLEAD'S CONSTRUCTION, INC.,<br><br>Defendant. | Case No. C10-1878-BAT<br><br>**ORDER GRANTING PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AND STRIKING TRIAL DATE** |

On April 8, 2011, plaintiffs moved for Summary Judgment.  Plaintiffs' unopposed motion shows there is no genuine issue of material fact and plaintiffs are entitled to judgment as a matter of law.  The Court therefore **ORDERS**:

1. Plaintiffs' Motion for Summary Judgment is **GRANTED**;

2. Judgment is awarded in favor of Plaintiffs' Trust Funds against Defendant, Slead's Construction, Inc., in the amounts hereinafter listed, which amounts are due to the plaintiffs for the employment period of July 2010 through December 2010;

    A. $169,430.08 for contributions;

    B. $10,639.36 for dues;

    C. $30,331.61 for liquidated damages;

ORDER GRANTING PLAINTIFFS' MOTION FOR SUMMARY
JUDGMENT AND STRIKING TRIAL DATE - 1

1       D.  $9,867.55 for interest through April 14, 2011;

2       E.  $828.00 for attorneys' fees; and

3       F.  $403.60 for costs.

4   3.  The trial scheduled for October 28, 2011 is **STRICKEN**.

5 DATED this 16th day of May, 2011.

                                                BRIAN A. TSUCHIDA
                                                United States Magistrate Judge

ORDER GRANTING PLAINTIFFS' MOTION FOR SUMMARY
JUDGMENT AND STRIKING TRIAL DATE - 2